FILED
AUG 1 8 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR2245-GT |
| Plaintiff, ) | Date: September 30, 2009<br>Time: 9:00 a.m. |
| v. ) | |
| **MOISES PALMA-SUASTIGUE**, ) | ORDER TO CONTINUE<br>SENTENCING HEARING DATE |
| Defendant. ) | |

WHEREAS the parties have both joined in a continuance of the sentencing hearing; and for good cause showing; and that Defendant is in custody; Court Orders that the time is excludable under the speedy trial act pending based on pending motions

IT IS HEREBY ORDERED that the hearing date in the above-mentioned case be continued from September 30, 2009 at 9:00 a.m. to November 13, 2009, at 9:00 a.m.

SO ORDERED.

Dated: 8/17/09

HONORABLE GORDON THOMPSON, JR
United States District Court Judge